

Entered on Docket
July 08, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd SouthSuite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4               **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**

5  IN RE:                          Chapter 13
   PAUL OGALESCO                   BKS-11-17834-LBR

6                                  Hearing Date: N/A
              Debtor                Hearing Time: N/A
7
   **PRO SE DEBTOR**
8  **Attorney for Debtor**

9          **EX-PARTE ORDER DISMISSING CHAPTER 13**
           **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10
11    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A through J, Statement of Financial Affairs and the Chapter 13 Plan as required within

13  the forty-five (45) day period, which expired on July 04, 2011.

    . . .
14
    . . .
15
    . . .
16

17

18

19

20

                                    1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
8 KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: July 06, 2011
9 (alr)